UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NATHANIEL A. HIGGINS, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs*. | ) | 1:13-cv-837-JMS-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     *Defendant*. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's order issued this day granting Defendant United States of America's Motion to Dismiss, the Court enters **FINAL JUDGMENT** in this action. The Court concludes that it lacks subject matter jurisdiction over Plaintiff Nathaniel A. Higgins' claims against the United States; thus, those claims are **DISMISSED**.

District Judge:   09/20/2013

                                                      Hon. Jane Magnus-Stinson, Judge
                                                      United States District Court
                                                      Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
     Deputy Clerk, U.S. District Court

**Distribution via ECF only:**

Jonathan A. Bont
UNITED STATES ATTORNEY'S OFFICE
jonathan.bont@usdoj.gov

James Gregory Garrison
GARRISON LAW FIRM
greg@garrisonlegal.com