UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NATHANIEL A. HIGGINS, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs*. | ) | 1:13-cv-837-JMS-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     *Defendant*. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's order issued this day granting Defendant United States of America's Motion to Dismiss, the Court enters **FINAL JUDGMENT** in this action. The Court concludes that it lacks subject matter jurisdiction over Plaintiff Nathaniel A. Higgins' claims against the United States; thus, those claims are **DISMISSED**.

District Judge:   09/20/2013

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

**Distribution via ECF only**:

Jonathan A. Bont
UNITED STATES ATTORNEY'S OFFICE
jonathan.bont@usdoj.gov

James Gregory Garrison
GARRISON LAW FIRM
greg@garrisonlegal.com